## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 21-CR-00149-TFM |
| | ) |
| ZHENG GUO ZHENG | ) |

### FINAL ORDER OF FORFEITURE

This cause now comes before the Court upon the United States' unopposed motion for a Final Order of Forfeiture for the following property:

1. **The balance of the Regions Bank Account ending in x8149 held by Zheng China Super Buffet, Inc. in the amount of $57,045.17; and**

2. **One (1) 2011 GMC Savana Passenger Van, VIN # 1GJW7PFA0B1130154.**

The Court hereby finds that the motion is due to be **granted**, for the reasons set forth therein and as set out below:

During the sentencing hearing on November 3, 2022, the United States moved for an order of forfeiture for the property referenced above. [Doc. 250, PageID.911]. On July 21, 2022, the defendant pled guilty to one count of concealing or harboring aliens as alleged in the superseding information pursuant to a plea agreement. [Doc. 198]. According to the factual resume attached to the plea agreement and executed by the defendant, the defendant agreed that the Regions Bank account ending in x8149 held by Zheng China Super Buffet, Inc. and the 2011 GMC Savana Passenger Van, VIN #1GJW7PFA0B1130154 were involved in, traceable to, or derived from proceeds traceable to the offense charged in the superseding information. [Doc. 199, PageID.691].

On November 3, 2022, the Court sentenced the defendant. [Doc. 250]. As part of the sentence, the Court ordered that the defendant forfeit the property referenced above. [Doc.250, PageID. 916].

In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose of the property on the official government website, www.forfeiture.gov, beginning on November 29, 2022 and ending on December 28, 2022. [Doc. 251, PageID.920-924]. The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Justin P. Kopf, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication. No third party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired.

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture of the property became final as to the defendant, Zheng Guo Zheng, at the time of sentencing and referenced in the amended judgment. [Doc. 279, PageID.1062-1066].

Thus, the United States has met all statutory requirements for the forfeiture of the property, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**. Under 18 U.S.C. § 982(a)(6), 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the property is **CONDEMNED, FORFEITED and VESTED** in the

United States for disposition according to law; and,

**IT IS FURTHER ORDERED** that the United States Department of Homeland Security or other duly authorized federal agency take the property into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21U.S.C. § 853(n)(7), the United States of America has clear title to the 2011 GMC Savana Passenger Van, VIN #1GJW7PFA0B1130154 and may warrant good title to any subsequent purchaser or transferee; and,

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** this 10th day of April 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE